Certificate Number: 12433-PAE-DE-033385315

Bankruptcy Case Number: 19-14989



12433-PAE-DE-033385315

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2019, at 11:30 o'clock PM EDT, Sharon Marie Conaway completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 10, 2019

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher