```
                 IN THE UNITED STATE BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     In      Sharon M Conaway              )    Chapter 13
     Re:     Debtor                        )
                                           )    No. 19-14989-JKF
                                           )
```

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                          /s/David M. Offen
                                          David M. Offen
                                          Attorney for Debtor(s)

Date:12/4/19