THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Sharon M. Conaway, | : | Case No. 19-14989 (JKF) |
| | : | |
| Debtor. | : | Hearing Date: April 8, 2020 at 9:30 a.m. |
| | : | Objections Due: April 1, 2020 |

**ORDER GRANTING MOTION OF POLICE AND FIRE FEDERAL CREDIT UNION
<u>FOR ADEQUATE PROTECTION</u>**

Upon consideration of the Motion of the Police and Fire Federal Credit Union ("PFFCU"), for Adequate Protection (the "Motion"), and any objections and responses thereto, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. In order to adequately protect the interests of PFFCU in the Vehicle[1]:

   a. The Chapter 13 Trustee is directed to distribute to PFFCU from the funds previously paid by the Debtor in this case, the amount of $1,551.00, as adequate protection, to be applied by PFFCU to the Debtor's post-petition arrears through April of 2020;

   b. Pending confirmation of the Debtor's Chapter 13 plan, the Debtor shall maintain insurance on the Vehicle and pay to PFFCU an additional amount of $250.00 each month beginning May 1, 2020 until a plan is confirmed in this case;

---

[1] Unless otherwise provided herein, capitalized terms shall have the same meaning as set forth in the Motion.

121410888_2

      c.      Upon confirmation of a chapter 13 plan, the balance of PFFCU's claim will be paid pro rata with other secured creditors as provided in the confirmed plan.

BY THE COURT:

*[signature]*

The Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Dated: April 9, 2020

2

121410888_2