United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharon M Conaway  
    Debtor

Case No. 19-14989-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: SaraR    Page 1 of 1    Date Rcvd: Apr 09, 2020  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.  
db          +Sharon M Conaway,    33 Indian Park Road,    Levittown, PA 19057-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 04:47:20      Synchrony Bank,  
         c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                         TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:  
         ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION  
         aaaronson@dilworthlaw.com,  
         mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com  
         DAVID M. OFFEN    on behalf of Debtor Sharon M Conaway dmo160west@gmail.com,  
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
         ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                               TOTAL: 6

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Sharon M. Conaway, | : | Case No. 19-14989 (JKF) |
| | : | |
| Debtor. | : | Hearing Date: April 8, 2020 at 9:30 a.m. |
| | : | Objections Due: April 1, 2020 |

## ORDER GRANTING MOTION OF POLICE AND FIRE FEDERAL CREDIT UNION FOR ADEQUATE PROTECTION

Upon consideration of the Motion of the Police and Fire Federal Credit Union ("PFFCU"), for Adequate Protection (the "Motion"), and any objections and responses thereto, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. In order to adequately protect the interests of PFFCU in the Vehicle[1]:

    a. The Chapter 13 Trustee is directed to distribute to PFFCU from the funds previously paid by the Debtor in this case, the amount of $1,551.00, as adequate protection, to be applied by PFFCU to the Debtor's post-petition arrears through April of 2020;

    b. Pending confirmation of the Debtor's Chapter 13 plan, the Debtor shall maintain insurance on the Vehicle and pay to PFFCU an additional amount of $250.00 each month beginning May 1, 2020 until a plan is confirmed in this case;

---

[1] Unless otherwise provided herein, capitalized terms shall have the same meaning as set forth in the Motion.

121410888_2

    c. Upon confirmation of a chapter 13 plan, the balance of PFFCU's claim will be paid pro rata with other secured creditors as provided in the confirmed plan.

            BY THE COURT:

            _____
            The Honorable Jean K. FitzSimon
            United States Bankruptcy Judge

Dated:  April 9, 2020