| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14989-AMC

SHARON M CONAWAY  
33 INDIAN PARK ROAD  
LEVITTOWN  PA    19057

Petition Filed Date: 08/07/2019  
341 Hearing Date: 09/13/2019  
Confirmation Date: 05/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/10/2019 | $900.00 | 111814 | 09/25/2019 | $900.00 | 112305 | 10/07/2019 | $900.00 | 112810 |
| 10/23/2019 | $900.00 | 113325 | 10/29/2019 | $900.00 | 113834 | 11/20/2019 | $900.00 | 114344 |
| 12/03/2019 | $900.00 | 114909 | 12/17/2019 | $900.00 | 115357 | 12/30/2019 | $900.00 | 115859 |
| 01/13/2020 | $900.00 | 116355 | 01/28/2020 | $900.00 | 116843 | 02/10/2020 | $900.00 | 117344 |
| 02/25/2020 | $900.00 | 117841 | 03/09/2020 | $900.00 | 118330 | 03/23/2020 | $900.00 | 118823 |
| 04/03/2020 | $900.00 | 119313 | 04/21/2020 | $900.00 | 119780 | 04/29/2020 | $900.00 | 120248 |
| 05/18/2020 | $900.00 | 120439 | 05/27/2020 | $900.00 | 120745 | 06/18/2020 | $900.00 | 121215 |
| 07/01/2020 | $900.00 | 121271 | 07/08/2020 | $900.00 | 121456 | 07/28/2020 | $900.00 | 121657 |
| 08/05/2020 | $900.00 | 121853 | | | | | | |

**Total Receipts for the Period: $22,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | POLICE & FIRE FCU<br>»» 020 | Secured Creditors | $11,630.57 | $4,040.94 | $7,589.63 |
| 2 | COMCAST INC<br>»» 001 | Unsecured Creditors | $607.94 | $0.00 | $607.94 |
| 3 | COMCAST INC<br>»» 002 | Unsecured Creditors | $288.52 | $0.00 | $288.52 |
| 4 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $2,562.70 | $0.00 | $2,562.70 |
| 5 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $4,171.00 | $0.00 | $4,171.00 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,072.17 | $0.00 | $2,072.17 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $3,670.45 | $0.00 | $3,670.45 |
| 8 | ONE MAIN FINANCIAL<br>»» 07S | Secured Creditors | $9,364.42 | $2,133.94 | $7,230.48 |
| 9 | ONE MAIN FINANCIAL<br>»» 07U | Unsecured Creditors | $1,077.66 | $0.00 | $1,077.66 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $1,417.30 | $0.00 | $1,417.30 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $4,013.89 | $0.00 | $4,013.89 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $1,314.31 | $0.00 | $1,314.31 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $1,239.60 | $0.00 | $1,239.60 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 012 | Unsecured Creditors | $4,866.80 | $0.00 | $4,866.80 |
| 15 | CROWN ASSET MANAGEMENT LLC »» 013 | Unsecured Creditors | $508.70 | $0.00 | $508.70 |
| 16 | BECKET & LEE, LLP »» 014 | Unsecured Creditors | $1,065.07 | $0.00 | $1,065.07 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 015 | Secured Creditors | $26,159.14 | $5,961.06 | $20,198.08 |
| 18 | LENDING CLUB CORPORATION »» 016 | Unsecured Creditors | $1,734.27 | $0.00 | $1,734.27 |
| 19 | PENNYMAC LOAN SERVICES LLC »» 017 | Mortgage Arrears | $5,907.43 | $1,346.16 | $4,561.27 |
| 20 | POLICE & FIRE FCU »» 018 | Unsecured Creditors | $7,393.09 | $0.00 | $7,393.09 |
| 21 | POLICE & FIRE FCU »» 019 | Unsecured Creditors | $2,337.04 | $0.00 | $2,337.04 |
| 22 | POLICE & FIRE FCU »» 021 | Unsecured Creditors | $5,047.02 | $0.00 | $5,047.02 |
| 23 | POLICE & FIRE FCU »» 022 | Unsecured Creditors | $327.06 | $0.00 | $327.06 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,500.00 | Current Monthly Payment: | $1,800.00 |
| Paid to Claims: | $18,782.10 | Arrearages: | ($900.00) |
| Paid to Trustee: | $2,097.90 | Total Plan Base: | $108,000.00 |
| Funds on Hand: | $1,620.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.