Document      Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Sharon M Conaway | : | No.  19-14989-AMC |
| Debtor | : | |

ANSWER TO MOTION OF PENNYMAC LOAN SERVICES, LLC
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 AND
<u>CERTIFICATE OF SERVICE</u>

It is admitted that Debtor has missed some payments.  Debtor asks that the mortgage company consider approving her for a loan modification.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 03/02/2021

A copy of this Answer is being served on Rebecca Ann Solarz, Esquire, and the Chapter 13 Trustee.