| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-14989-AMC

SHARON M CONAWAY  
33 INDIAN PARK ROAD  
LEVITTOWN  PA    19057

Petition Filed Date: 08/07/2019  
341 Hearing Date: 09/13/2019  
Confirmation Date: 05/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $900.00 | 124884 | 04/23/2021 | $900.00 | 124998 | 04/28/2021 | $900.00 | 125214 |
| 05/11/2021 | $900.00 | 125330 | 05/26/2021 | $900.00 | 125497 | 06/10/2021 | $900.00 | 125668 |
| 06/28/2021 | $900.00 | 125837 | 07/07/2021 | $900.00 | 126049 | 07/21/2021 | $900.00 | 126119 |
| 08/04/2021 | $785.92 | 126177 | 09/01/2021 | $900.00 | 126287 | 09/15/2021 | $900.00 | 126340 |
| 10/04/2021 | $900.00 | 126406 | 10/19/2021 | $1,695.00 | 126445 | 10/26/2021 | $900.00 | 126496 |
| 11/10/2021 | $900.00 | 126547 | 11/24/2021 | $900.00 | 126597 | 12/15/2021 | $900.00 | 126647 |
| 12/22/2021 | $900.00 | 126698 | 01/06/2022 | $900.00 | 126812 | 01/24/2022 | $900.00 | 126851 |
| 02/11/2022 | $900.00 | 126903 | 02/23/2022 | $900.00 | 126957 | 03/02/2022 | $900.00 | 127009 |
| 03/21/2022 | $900.00 | 127061 | 03/29/2022 | $900.00 | 127113 | 04/13/2022 | $900.00 | 127166 |
| 04/26/2022 | $900.00 | 127218 | 05/11/2022 | $900.00 | 127271 | 05/25/2022 | $900.00 | 127324 |
| 06/13/2022 | $900.00 | 127394 | 06/29/2022 | $900.00 | 127430 | 07/07/2022 | $900.00 | 127483 |
| 07/19/2022 | $900.00 | 127536 | | | | | | |

**Total Receipts for the Period: $31,280.92    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $73,456.39**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | POLICE & FIRE FCU<br>»» 020 | Secured Creditors | $11,630.57 | $11,630.57 | $0.00 |
| 2 | COMCAST INC<br>»» 001 | Unsecured Creditors | $607.94 | $118.03 | $489.91 |
| 3 | COMCAST INC<br>»» 002 | Unsecured Creditors | $288.52 | $56.02 | $232.50 |
| 4 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $2,562.70 | $497.60 | $2,065.10 |
| 5 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $4,171.00 | $809.89 | $3,361.11 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,072.17 | $402.36 | $1,669.81 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $3,670.45 | $712.69 | $2,957.76 |
| 8 | ONE MAIN FINANCIAL<br>»» 07S | Secured Creditors | $9,364.42 | $9,364.42 | $0.00 |
| 9 | ONE MAIN FINANCIAL<br>»» 07U | Unsecured Creditors | $1,077.66 | $209.26 | $868.40 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $1,417.30 | $275.19 | $1,142.11 |

**Chapter 13 Case No. 19-14989-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $4,013.89 | $779.39 | $3,234.50 |
| 12 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $1,314.31 | $255.21 | $1,059.10 |
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $1,239.60 | $240.69 | $998.91 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 012 | Unsecured Creditors | $4,866.80 | $945.00 | $3,921.80 |
| 15 | CROWN ASSET MANAGEMENT LLC »» 013 | Unsecured Creditors | $508.70 | $98.78 | $409.92 |
| 16 | BECKET & LEE, LLP »» 014 | Unsecured Creditors | $1,065.07 | $206.80 | $858.27 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 015 | Secured Creditors | $26,159.14 | $26,159.14 | $0.00 |
| 18 | LENDING CLUB CORPORATION »» 016 | Unsecured Creditors | $1,734.27 | $336.75 | $1,397.52 |
| 19 | PENNYMAC LOAN SERVICES LLC »» 017 | Mortgage Arrears | $5,907.43 | $5,907.43 | $0.00 |
| 20 | POLICE & FIRE FCU »» 018 | Unsecured Creditors | $7,393.09 | $1,435.54 | $5,957.55 |
| 21 | POLICE & FIRE FCU »» 019 | Unsecured Creditors | $2,337.04 | $453.79 | $1,883.25 |
| 22 | POLICE & FIRE FCU »» 021 | Unsecured Creditors | $5,047.02 | $979.99 | $4,067.03 |
| 23 | POLICE & FIRE FCU »» 022 | Unsecured Creditors | $327.06 | $63.51 | $263.55 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $73,456.39 | Current Monthly Payment: | $1,800.00 |
| Paid to Claims: | $67,238.05 | Arrearages: | ($10,456.39) |
| Paid to Trustee: | $6,218.34 | Total Plan Base: | $108,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.