| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-14989-AMC

SHARON M CONAWAY
33 INDIAN PARK ROAD
LEVITTOWN  PA    19057

Petition Filed Date: 08/07/2019
341 Hearing Date: 09/13/2019
Confirmation Date: 05/27/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $900.00 | 127589 | 08/16/2022 | $900.00 | 127643 | 08/31/2022 | $900.00 | 127695 |
| 09/13/2022 | $900.00 | 127746 | 09/28/2022 | $900.00 | 127799 | 10/12/2022 | $900.00 | 127854 |
| 10/27/2022 | $900.00 | 127908 | 11/08/2022 | $900.00 | 127966 | 11/22/2022 | $900.00 | 128019 |
| 12/07/2022 | $900.00 | 128077 | 12/21/2022 | $900.00 | 128134 | 01/18/2023 | $900.00 | 128254 |
| 01/18/2023 | $900.00 | 128190 | 02/01/2023 | $900.00 | 128316 | 02/15/2023 | $900.00 | 128372 |
| 03/02/2023 | $900.00 | 128428 | 03/14/2023 | $900.00 | 128479 | 03/29/2023 | $900.00 | 128531 |
| 04/11/2023 | $900.00 | 128586 | 04/25/2023 | $900.00 | 128644 | 05/09/2023 | $900.00 | 128698 |
| 05/24/2023 | $900.00 | 128752 | 06/09/2023 | $900.00 | 128805 | 06/21/2023 | $900.00 | 128857 |
| 07/05/2023 | $900.00 | 128908 | 07/18/2023 | $900.00 | 128961 | | | |

**Total Receipts for the Period: $23,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $97,756.39**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | POLICE & FIRE FCU<br>»» 020 | Secured Creditors | $11,630.57 | $11,630.57 | $0.00 |
| 2 | COMCAST INC<br>»» 001 | Unsecured Creditors | $607.94 | $403.36 | $204.58 |
| 3 | COMCAST INC<br>»» 002 | Unsecured Creditors | $288.52 | $191.44 | $97.08 |
| 4 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $2,562.70 | $1,700.40 | $862.30 |
| 5 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $4,171.00 | $2,767.54 | $1,403.46 |
| 6 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,072.17 | $1,374.93 | $697.24 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $3,670.45 | $2,435.41 | $1,235.04 |
| 8 | ONE MAIN FINANCIAL<br>»» 07S | Secured Creditors | $9,364.42 | $9,364.42 | $0.00 |
| 9 | ONE MAIN FINANCIAL<br>»» 07U | Unsecured Creditors | $1,077.66 | $715.06 | $362.60 |
| 10 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $1,417.30 | $940.39 | $476.91 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $4,013.89 | $2,663.29 | $1,350.60 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $1,314.31 | $872.07 | $442.24 |

Chapter 13 Case No. 19-14989-AMC

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $1,239.60 | $822.50 | $417.10 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 012 | Unsecured Creditors | $4,866.80 | $3,229.22 | $1,637.58 |
| 15 | CROWN ASSET MANAGEMENT LLC »» 013 | Unsecured Creditors | $508.70 | $337.56 | $171.14 |
| 16 | CAPITAL ONE NA »» 014 | Unsecured Creditors | $1,065.07 | $706.67 | $358.40 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC »» 015 | Secured Creditors | $26,159.14 | $26,159.14 | $0.00 |
| 18 | LENDING CLUB CORPORATION »» 016 | Unsecured Creditors | $1,734.27 | $1,150.71 | $583.56 |
| 19 | PENNYMAC LOAN SERVICES LLC »» 017 | Mortgage Arrears | $5,907.43 | $5,907.43 | $0.00 |
| 20 | POLICE & FIRE FCU »» 018 | Unsecured Creditors | $7,393.09 | $4,905.47 | $2,487.62 |
| 21 | POLICE & FIRE FCU »» 019 | Unsecured Creditors | $2,337.04 | $1,550.69 | $786.35 |
| 22 | POLICE & FIRE FCU »» 021 | Unsecured Creditors | $5,047.02 | $3,348.81 | $1,698.21 |
| 23 | POLICE & FIRE FCU »» 022 | Unsecured Creditors | $327.06 | $217.03 | $110.03 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $97,756.39 | Current Monthly Payment: | $1,800.00 |
| Paid to Claims: | $88,694.11 | Arrearages: | ($11,356.39) |
| Paid to Trustee: | $8,243.28 | Total Plan Base: | $108,000.00 |
| Funds on Hand: | $819.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.