IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    Chapter 13

Sharon M Conaway                      :    Case No. 19-14989-amc
xxx-xx-7257

    Debtor

## ORDER

AND NOW, this 29th day of January, 2024, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE