United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-14989-amc

Sharon M Conaway     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Feb 20, 2024     Form ID: 138OBJ     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon M Conaway, 33 Indian Park Road, Levittown, PA 19057-2213 |
| 14380008 | + | PennyMac Loan Services, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14370933 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 21 2024 05:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2024 05:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14390028 | | Email/PDF: bncnotices@becket-lee.com | Feb 21 2024 05:23:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14370239 | + | Email/PDF: bncnotices@becket-lee.com | Feb 21 2024 05:23:21 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14378091 | + | Email/Text: documentfiling@lciinc.com | Feb 21 2024 05:10:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14401882 | | Email/PDF: bncnotices@becket-lee.com | Feb 21 2024 05:23:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14405096 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 21 2024 05:11:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14370243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 21 2024 05:23:16 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14370244 | + | Email/Text: documentfiling@lciinc.com | Feb 21 2024 05:10:00 | Comcast, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 14512940 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 21 2024 05:11:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14370241 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 21 2024 05:13:05 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14380460 | + | Email/Text: RASEBN@raslg.com | Feb 21 2024 05:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca |

Case 19-14989-amc   Doc 74   Filed 02/22/24   Entered 02/23/24 00:43:38   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2024 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Raton, FL 33487-2853 |
| 14370246 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 21 2024 05:11:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14389328 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2024 05:12:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14370247 | + | Email/Text: Documentfiling@lciinc.com | Feb 21 2024 05:11:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14405745 | + | Email/Text: Documentfiling@lciinc.com | Feb 21 2024 05:11:00 | LendingClub Corporation, 595 Market St, suite 200, San Francisco, CA 94105-2802 |
| 14399777 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2024 05:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14370248 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2024 05:11:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14399155 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2024 05:11:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14370249 | + | Email/PDF: cbp@omf.com | Feb 21 2024 05:23:16 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14392625 | + | Email/PDF: cbp@omf.com | Feb 21 2024 05:12:58 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14370255 | | Email/Text: signed.order@pfwattorneys.com | Feb 21 2024 05:11:00 | Pressler, Felt and Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14406463 | + | Email/PDF: ebnotices@pnmac.com | Feb 21 2024 05:23:18 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14379495 | ^ | MEBN | Feb 21 2024 05:09:09 | PennyMac Loan Services, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14370250 | + | Email/PDF: ebnotices@pnmac.com | Feb 21 2024 05:23:21 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14370251 | + | Email/Text: bankruptcy1@pffcu.org | Feb 21 2024 05:11:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14415731 | + | Email/Text: bankruptcy1@pffcu.org | Feb 21 2024 05:11:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14400001 | | Email/Text: bnc-quantum@quantum3group.com | Feb 21 2024 05:11:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14370256 | + | Email/Text: bankruptcy@sw-credit.com | Feb 21 2024 05:11:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14370257 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2024 05:13:05 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14370258 | + | Email/Text: bncmail@w-legal.com | Feb 21 2024 05:11:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14370259 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 21 2024 05:10:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**   **Name and Address**

| | | |
|---|---|---|
| 14370254 | | Police And Fire Fede |
| 14396324 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14370242 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14370252 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14370253 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14370240 | ##+ | Bridgecrest Financial, 15001 FAA Boulevard, Fort Worth, TX 76155-2251 |
| 14370245 | ##+ | Dana Conaway, 33 Indian Park Road, Levittown, PA 19057-2213 |

TOTAL: 1 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:

**Name**          **Email Address**

ANNE M. AARONSON
   on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

DAVID M. OFFEN
   on behalf of Debtor Sharon M Conaway dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
   on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com

MARK A. CRONIN
   on behalf of Creditor PennyMac Loan Services  LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor PennyMac Loan Services  LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

Scott F Waterman
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sharon M Conaway
       Debtor(s)

Case No: 19−14989−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/20/24

72 − 71
Form 138OBJ