# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Sharon M. Conaway**<br>　　　　　　　　　　**Debtor(s)**<br><br>**PennyMac Loan Services, LLC**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Sharon M. Conaway**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Scott Waterman**,<br>　　　　　　　　　　**Trustee** | **BK NO. 19-14989 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 17-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 27, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Sharon M. Conaway
33 Indian Park Road
Levittown, PA 19057

<u>Attorney for Debtor(s)</u>
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

<u>Trustee</u>
Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>October 27, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　**/s/Denise Carlon Esquire**
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com